No. 86–1911. Casa Linda Presbyterian Church in America et al. *v.* Grace Union Presbytery, Inc., et al. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 86–1912. Totus et al. *v.* Holly et al. C. A. 9th Cir. Certiorari denied.

No. 86–1913. Lawrence *v.* Secretary of Transportation et al. C. A. D. C. Cir. Certiorari denied.

No. 86–1914. Perlstein *v.* Herrmann. C. A. 3d Cir. Certiorari denied.

No. 86–1917. Barnes-Hind/Hydrocurve, Inc., et al. *v.* Bausch & Lomb Inc. C. A. Fed. Cir. Certiorari denied.

No. 86–1918. Alioto & Alioto et al. *v.* E. F. Hutton & Co., Inc., et al. C. A. 9th Cir. Certiorari denied.

No. 86–1919. Cherokee Insurance Co. *v.* Rieder et al. C. A. 3d Cir. Certiorari denied.

No. 86–1920. McDonald Pontiac-Cadillac-GMC, Inc. *v.* Prosecuting Attorney for the County of Saginaw. Ct. App. Mich. Certiorari denied.

No. 86–1921. Lifetime Doors, Inc. *v.* Barber & Ross Co. C. A. 4th Cir. Certiorari denied.

No. 86–1923. Madden et al. *v.* Gluck et al. C. A. 8th Cir. Certiorari denied.

No. 86–1924. Lauchlan *v.* California. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 86–1925. Florida *v.* Jones. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.